# IN RE MEYER.

### PATENTS; DOUBLE PATENTING.

A decision of the Commissioner of Patents rejecting the claims of an application for a patent for a composition for furnace lining was affirmed in view of a prior patent issued to applicant.

No. 1206.    Patent Appeals.    Submitted March 10, 1919.    Decided March 31, 1919.

HEARING on an appeal from a decision of the Commissioner of Patents rejecting the claims of an application for a patent.
                                                        *Affirmed.*

*Mr. A. M. Houghton* for the appellant.

*Mr. Theodore A. Hostetler* for the Commissioner of Patents.

PER CURIAM: The application [by Albert T. Meyer] for patent here in issue relates to a composition for furnace lining capable of withstanding a high degree of heat without being chemically affected in the reduction of ores.

The three tribunals below were unanimous in holding that the invention is anticipated by a patent issued to applicant in 1915; hence, to allow the claims of the present application would amount to double patenting.

The ruling is clearly supported by the record, and the de-

cision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.

*Affirmed.*

A motion for rehearing was denied May 22, 1919.